consideration of the entire matter it is decided that:

The sentence shall be amended to 20 years for Aggravated Kidnapping; 5 years for Escape; 20 years for Aggravated Assault; and 10 years for Robbery. All sentences shall run concurrent and shall also be served concurrent to the sentence the Defendant is presently serving.

This amendment shall bring the sentence more in line with other crimes of a similar nature, considering the statute that existed at the time of the sentencing.

We wish to thank Joel Welder, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Fourth Judicial District, County of Missoula. STATE OF MONTANA, Plaintiff, vs. JESSE D. STEPHENS, Defendant.

## DECISION

No. DC-5439

The application of the above-named defendant for a review of the sentence of 30 years; Dangerous    credit for 212 days imposed on May 11, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 15 years; Dangerous    credit for 212 days.

Considering the nature and circumstances of the offense, the Probation Officer recommended 15 years, Dangerous, and this Division agrees with a lesser sentence than that imposed by the sentencing judge.

We wish to thank Mr. John Dostal, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From the District Court of the Fourth Judicial District, County of Sanders. STATE OF MONTANA, Plaintiff, vs. LOREN LEON BROWN, Defendant.

## DECISION

No. 1013

The application of the above-named defendant for a review of the sentence of 10 years; concurrent to the sentence out of Flathead County imposed on August 10,